MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92401
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

JOYCE H. VEGA (228260)
VEGA & ASSOCIATES
560 N. Arrowhead Av., #2B
San Bernardino, CA., 92401
TEL.: (310) 614-0191
FAX: (909) 383-9550

Attorneys for Plaintiff
JOHN H. McKOWN IV

# UNITED STATES DISTRICT COURT,

## EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| JOHN H. McKOWN IV, | Case No.: 1:09-CV-00810-OWW-DLB |
| Plaintiff, | ORDER |
| v. | |
| UNITED STATES OF AMERICA, KENNETH SALAZAR, as Secretary of the Interior, THOMAS VILSACK, as Secretary of Agriculture, HARRY FREY, as Forest Ranger, SUE PORTER, as Forest Ranger, CHERYL BAUER, as Forest Ranger, KATIE WALSH, as Forest Ranger, JUDY SHUTZA, as Forest Ranger, JUDY SWANSON, as Forest Ranger, MICHAEL D. DUNN, as Mineral Examiner, and DOES 1-10, inclusive, | |
| Defendants. | |

WHEREAS, On reading and filing the affidavit of and it satisfactorily appearing therefrom that Defendants Harry Frey, Sue Porter, Cheryl Bauer, Katie Walsh, Judy Shutza, Judy Swanson, and Michael D. Dunn cannot be served with due diligence, and it

Order – McKown v. United States - 1

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92401
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com

also appearing by such affidavit on file in this action that said Defendants are necessary or proper parties to this action;

THEREFORE, IT IS HEREBY ORDERED, that service of summons in this action be made on Defendants Harry Frey, Sue Porter, Cheryl Bauer, Katie Walsh, Judy Shutza, Judy Swanson, and Michael D. Dunn by publication of service in the Ridgecrest Daily Independent, a newspaper published in the County of Kern, State of California. That newspaper is hereby designated as the newspaper most likely to give notice to said Defendants.

IT IS FURTHER ORDERED that a copy of the summons and complaint be deposited in a United States Post Office, directed to the person to be served, at that person's place of residence, if and when such address is ascertained;

IT IS FURTHER ORDERED that such service or publication be accomplished by November 30, 2009.

ORDERED AND ENTERED ON 9/11/2009

/s/ OLIVER W. WANGER

UNITED STATES DISTRICT JUDGE

Order – McKown v. United States - 2

MOISES A. AVILES (226569)
AVILES & ASSOCIATES
560 N. Arrowhead Av., #2A
San Bernardino, CA., 92401
TEL.: (909) 383-2333
FAX: (909) 383-9550
maviles1231@aol.com