# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN H. McKOWN, IV, | CASE NO. 1:09-cv-00810-SKO |
| Plaintiff, | **ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*** |
| v. | (Docket No. 82) |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

On May 28, 2013, Plaintiff John H. McKown, IV ("Plaintiff") filed a Notice of Appeal, and on May 30, 2013, filed an application to proceed *in forma pauperis* ("IFP"). (Docs. 80, 82.)

Plaintiff's application to proceed IFP fails to provide sufficient information for the Court to determine whether it should be granted. Specifically, Plaintiff fails to adequately respond to Question 3; although he indicates that he receives money from Social Security, he fails to provide the amount he receives. (Doc. 82, Ques. 3.) Further, Plaintiff does not provide adequate information regarding Question 4 -- while he responds that he has a checking or savings account, it is unclear whether the total amount in the account(s) is $1,300 or whether that is the amount he receives from the Social Security Administration. (Doc. 82, Ques. 4.)

1

1     As the information provided by Plaintiff is unclear, the Court cannot adequately determine whether Plaintiff should be permitted to proceed IFP. Accordingly, Plaintiff's IFP application is DENIED without prejudice.

    On June 3, 2013, the United States Court of Appeals for the Ninth Circuit issued an order in Plaintiff's appellate case, case no. 13-16099, ordering Plaintiff to, within 21 days from the date of the order, file a motion in the Ninth Circuit Court of Appeals to proceed IFP, pay the $455.00 filing fee to this Court and provide proof of payment to the Ninth Circuit, or show cause why the appeal should not be dismissed for failure to prosecute. (Doc. 83.) As such, pursuant to the order from the Ninth Circuit, if Plaintiff seeks to renew his application to proceed IFP, the application should be filed with the Ninth Circuit.

    Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's application to proceed IFP is DENIED without prejudice; and
2. The Clerk of the Court is DIRECTED to serve a copy of this order on the United States Court of Appeals for the Ninth Circuit, in case no. 13-16099.

IT IS SO ORDERED.

Dated:   **June 4, 2013**               **/s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE